■ GENERAL ELECTRIC CAPITAL CORPORATION, Respondent, v PACHECO & LUGO, P.L.L.C., Appellant. [768 NYS2d 592]—Appeal

from order, Supreme Court, New York County (Walter Tolub, J.), entered June 18, 2002, unanimously withdrawn in accordance with the correspondence of the parties hereto. No opinion. Concur—Nardelli, J.P., Mazzarelli, Andrias and Williams, JJ.